# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONA ZOHDI MOFID,<br><br>Defendant. | CASE NO.:  23-CR-530-DDL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing, the Court GRANTS the parties' joint motion to continue the sentencing hearing in this matter from June 8, 2023 to July 11, 2023 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: May 17, 2023

_____
Honorable David D. Leshner
U.S. Magistrate Judge